# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | FRANKLIN JEREZ RIVERA & ROSA MARIA BERNARD AYALA |
| Case Number: | 09-06870-GAC13    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 29, 2009 08:31 AM   COURTROOM 3 |
| Bankruptcy Judge: | SARA DE JESUS |
| Courtroom Clerk: | AIDA MACHARGO |
| Reporter / ECR: | LOURDES ALVAREZ |

### Matter:

*CONF* CONFIRMATION OF PLAN DATED 09/29/2009 AND DEBTOR'S REPLY

R / M #:   13 / 0

### Appearances:

### Proceedings:

AMENDED PLAN DATED 9/29/09 (DKT.#13) WAS CONFIRMED. ORDER WILL BE ENTERED.