IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FRANKLIN JEREZ RIVERA

ROSA MARIA BERNARD AYALA

XXX-XX-5745

XXX-XX-7981

CASE NO. 09-06870 BKT

Chapter 13

FILED & ENTERED ON 07/19/2010

**Debtor(s)**

### ORDER

The motion filed by debtor requesting authorization to use funds from tax refund (docket #21) is hereby granted in part, but with the limitations imposed by the trustee in his motion (docket #24) of allowing only the use of $184.00 by the debtor.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19 day of July, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES